IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00239-WYD-KLM

JANICE ROE,

    Plaintiff,

v.

KARVAL SCHOOL DISTRICT RE23,
MARTIN ADAMS, in his personal capacity and in his capacity as Principal of Karval High School,
ANDREW MCCOLLUM, in his personal capacity and in his capacity as teacher at Karval High School, and
GEORGE PRICE,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the proposed **Stipulation and Protective Order** [Docket No. 18; Filed May 30, 2012], changed by the Clerk's Office to a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Stipulation and Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated: May 31, 2012