IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00239-WYD-KLM

JANICE ROE,

    Plaintiff,

v.

KARVAL SCHOOL DISTRICT RE23;
MARTIN ADAMS, in his personal capacity and in his capacity as Principal of Karval High School;
ANDREW MCCOLLUM, in his personal capacity and in his capacity as teacher at Karval High School; and
GEORGE PRICE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of Magistrate Judge Mix's order granting, in part, the Plaintiff's motion for leave to file an amended complaint (ECF No. 77), the pending motions for summary judgment (ECF Nos. 59, 60 and 61), which pertain to the claims asserted in the original complaint, are **DENIED AS MOOT**.

    Dated:  May 2, 2013