IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00239-WYD-KLM

JANICE ROE,

    Plaintiff,

v.

KARVAL SCHOOL DISTRICT RE23;
MARTIN ADAMS, in his personal capacity and in his capacity as Principal of Karval High School;
ANDREW MCCOLLUM, in his personal capacity and in his capacity as teacher at Karval High School; and
GEORGE PRICE,

    Defendant.

## ORDER DISMISSING PARTIES WITH PREJUDICE

THIS MATTER comes before the Court on Defendant Karval School District RE23, Defendant Martin Adams and Plaintiff Janice Roe's Stipulation to Dismiss with Prejudice [ECF Doc. No. 86], filed June 5, 2013.  The Court, being fully advised, it is hereby

ORDERED that the Stipulation to Dismiss with prejudice the claims against Defendants Karval School District RE23 and Martin Adams is **GRANTED.**  It is further

ORDERED that each party is to bear his or her own costs and attorneys' fees.

Dated: June 6, 2013

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE