IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00239-WYD-KLM

JANICE ROE,

    Plaintiff,

v.

ANDREW MCCOLLUM, in his personal capacity and in his capacity as teacher at Karval High School, and
GEORGE PRICE,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER comes before the Court on the Stipulation for Dismissal of Claims Against Defendant Andrew McCollum With Prejudice (ECF No. 118).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and Plaintiff's claims against Defendant McCollum should be dismissed with prejudice, each party to bear his or her own costs.   Accordingly, it is

ORDERED that the Stipulation for Dismissal of Claims Against Defendant Andrew McCollum With Prejudice (ECF No. 118) is **APPROVED**.   Plaintiff's claims against Defendant McCollum are **DISMISSED WITH PREJUDICE**, each party to bear his or her own costs.

Dated: January 6, 2015

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE