IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00239-WYD-KLM

JANICE ROE,

    Plaintiff,

v.

GEORGE PRICE,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 121). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs and fees. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 121) is **APPROVED.** This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Dated:   January 26, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE